52 A.3d 222

COMMONWEALTH of Pennsylvania, Petitioner

v.

Michael GREENE, Respondent.

Supreme Court of Pennsylvania.

Sept. 4, 2012.

## *ORDER*

PER CURIAM.

AND NOW, this 4th day of September, 2012, the Petition for Allowance of Appeal is GRANTED. The issue, as stated by Petitioner, is:

Did the Pennsylvania Superior Court misapply and/or misinterpret Pennsylvania jurisprudence in concluding that the prior offenses cited by the Appellee regarding the Appellant's criminal record did not qualify as crimes of violence, and therefore as first and second strikes, for purposes of sentencing under 42 Pa.C.S.A. § 9714?